UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOMPHALAVANH SOPHANTHAVONG,<br><br>    Petitioner,<br><br>vs.<br><br>PAMELA BONDI, *et al.*,<br><br>    Respondents. | No. CV25-2405-RSM<br><br>ORDER FOR BRIEFING SCHEDULE |

THE COURT has considered Petitioner's unopposed motion for a briefing schedule along with the records in this case.

IT IS ORDERED Respondents will file a response to the habeas petition no later than 14 days after the petition was received by the U.S. Attorney's Office, on December 10, 2025.

Petitioner may file a reply to the response no later than five days after Respondents' response is filed and served, on December 15, 2025.

The Court will note the habeas petition for the same day as the Petitioner's reply.

IT IS ORDERED that the referral to Magistrate Judge Grady J. Leupold is terminated.

IT IS ORDERED that, while Petitioner's habeas petition is pending, Respondents shall not remove Petitioner from the United States or transfer Petitioner to another facility without providing Petitioner's counsel with at least 48 hours' notice of the removal or transfer. If the 48-hour period would expire on a weekend or legal

ORDER FOR BRIEFING SCHEDULE
(*Sophanthavong v. Bondi, et al.,* CV25-2405-RSM) - 1

holiday, the period continues until the same time on the next day that is not a weekend or legal holiday.

DATED this 3rd day of December, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER FOR BRIEFING SCHEDULE
(*Sophanthavong v. Bondi, et al.,* CV25-2405-RSM) - 2