UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOMPHALAVANH SOPHANTHAVONG, <br><br> Petitioner(s), <br><br> v. <br><br> PAMELA BONDI, et al., <br><br> Respondent(s). | CASE NO. C25-2405-KKE <br><br> ORDER DIRECTING PETITIONER TO FILE A SUPPLEMENTAL RESPONSE |

This matter comes before the Court on its own motion. On February 20, 2026, Respondents filed the Declaration of Anthony Rosa, which provides that "Petitioner is manifested for removal on a charter flight to Laos currently scheduled for March 15, 2026" and that "ICE has a Travel Document for Petitioner." Dkt. No. 24 ¶ 4. Petitioner is ORDERED to file a supplemental response to address the factual representations in the Rosa Declaration and the impact on Petitioner's request for relief by February 26, 2026.

Dated this 23rd day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DIRECTING PETITIONER TO FILE A SUPPLEMENTAL RESPONSE - 1